# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| PREPARED FOOD PHOTOS INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-01141-PP |
| CURRIE & SONS LLC dba GARFIELDS 502 | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

CURRIE & SONS LLC dba GARFIELDS 502                                                           .

Date:     05/14/2024

*Nicole Robbins*
*Attorney's signature*

NICOLE ROBBINS, #1060076
*Printed name and bar number*
ROBBINS LAW GROUP, LLC
4680 W. BRADLEY ROAD, SUITE 202
BROWN DEER, WI 53223

*Address*

INFO@ROBBINSLAWG.COM
*E-mail address*

(414) 209-5390
*Telephone number*

(414) 354-3393
*FAX number*